IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JASON DALE WEST                                                                   PETITIONER

v.                             Case No. 4:25-cv-04083-SOH-SGS

ARKANSAS DEPARTMENT OF
HUMAN SERVICES, Division of
Children and Family Services                                         RESPONDENT

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is a Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody. ECF No. 1. This Petition was filed by Jason Dale West ("West") on October 9, 2025. No response has been filed, and no service has been ordered. This Petition has been referred to the undersigned and is now ripe for consideration.

**I.     BACKGROUND**

West's claims in the instant Petition relate to his allegation that his "children are currently in the custody of Arkansas Department of Human Services/DCFS and placed in foster homes in Sebastian County in the city of Fort Smith and Greenwood" and are being subject to abuse. ECF No. 1. There is no claim in the Petition that alleges West is in state custody.

**II.     DISCUSSION**

Rule 4 of the Rules Governing § 2254 Cases in the United States District Courts provides, in part, that a district court shall summarily dismiss a 28 U.S.C. § 2254 petition: "If it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court, the judge must dismiss the petition and direct the clerk to notify the petitioner." Here, it plainly appears West is not entitled to relief because he is not "a person in custody pursuant

1

to the judgment of a State court." *See* 28 U.S.C. § 2254(a). Rather, he is alleging to be a parent of children who are allegedly in the custody of the state. ECF No. 1.

### III. CONCLUSION

Because West is not in custody pursuant to a state judgment of conviction, it is not ripe for consideration by this Court. Accordingly, it is recommended this Petition under 28 U.S.C. § 2254 be **DENIED** with prejudice.

**The Parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Parties are reminded that objections must be both timely and specific to trigger *de novo* review by the district court**. *See Thompson v. Nix*, **897 F.2d 356, 357 (8th Cir. 1990)**.

**DATED this 16th day of October 2025.**

/s/ *Spencer G. Singleton*
HON. SPENCER G. SINGLETON
U. S. MAGISTRATE JUDGE