IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JASON DALE WEST                                                                                           PETITIONER

v.                                          Case No.  4:25-cv-4083

ARKANSAS DEPARTMENT OF
HUMAN SERVICES, Division of
Children and Family Services                                                                          RESPONDENT

## ORDER

    Before the Court is the Report and Recommendation filed by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 5.  Judge Singleton recommends that the Court deny Petitioner Jason Dale West's petition filed under 28 U.S.C. § 2254.  ECF No. 1.  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation *in toto*.  Accordingly, West's petition under 28 U.S.C. § 2254 is **DENIED**, and this case is **DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED**, this 7th day of November, 2025.

    /s/ Susan O. Hickey
    Susan O. Hickey
    United States District Judge